LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
Email: glafayette@lkclaw.com
APRIL P. SANTOS (State Bar No. 266367)
Email: asantos@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
VINCENT P. BROWN and
ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. WALKER,<br><br>          Plaintiff,<br><br>vs.<br><br>VINCENT P. BROWN, in his individual capacity, and ALAMEDA COUNTY EMPLOYEE RETIREMENT ASSOCIATION,<br><br>          Defendants. | Case No. 3:13-CV-04261-JCS<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS**<br><br>Complaint filed:  September 13, 2013 |

Plaintiff CATHERINE E. WALKER and Defendants VINCENT P. BROWN ("Brown") and ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION ("ACERA"), (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS on January 17, 2014 the court granted a stipulated order continuing the case management conference to February 28, 2014;

WHEREAS, Defendant ACERA was served with the Summons and First Amended Complaint in this action or about January 3, 2014;

1  WHEREAS, Defendant Brown was served with the Summons and First Amended Complaint in this action on or about January 6, 2014;

WHEREAS, ACERA's responsive pleading is due on January 24, 2014;

WHEREAS, BROWN's responsive pleading is due on January 27, 2014;

WHEREAS the Parties agree to extend the time for ACERA and BROWN to answer or otherwise respond to Plaintiff's First Amended Complaint to February 6, 2014;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That Defendants ACERA and BROWN shall have until February 6, 2014 to answer or otherwise respond to Plaintiff's First Amended Complaint.

DATED: January 24, 2014                PRICE AND ASSOCIATES

*/s/ Pamela Y. Price*
PAMELA Y. PRICE
Attorney for Plaintiff
CATHERINE E. WALKER

DATED: January 24, 2014                LAFAYETTE & KUMAGAI LLP

*/s/ April P. Santos*
GARY T. LAFAYETTE
APRIL P. SANTOS
Attorney for Defendants
VINCENT P. BROWN and
ALAMEDA COUNTY EMPLOYEES'
RETIREMENT ASSOCIATION

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Pamela Y. Price, counsel for Plaintiff, for the filing of this stipulation.

*/s/April P. Santos*
APRIL P. SANTOS

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS
Case No. 3:13-CV-04261-JCS                                                2

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on January 29, 2014, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ April P. Santos*
APRIL P. SANTOS

Dated: 2/3/14



STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS
Case No. 3:13-CV-04261-JCS

3