LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
Email: glafayette@lkclaw.com
APRIL P. SANTOS (State Bar No. 266367)
Email: asantos@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendants
VINCENT P. BROWN and
ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCENT P. BROWN, in his individual capacity, and ALAMEDA COUNTY EMPLOYEE RETIREMENT ASSOCIATION,<br><br>    Defendants. | Case No. 3:13-CV-04261-JCS<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS**<br><br>Complaint filed:  September 13, 2013 |

    Plaintiff CATHERINE E. WALKER and Defendants VINCENT P. BROWN ("BROWN") and ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION ("ACERA"), (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

    WHEREAS on February 3, 2014 the Court entered a stipulated order allowing Defendants ACERA and BROWN extended time to answer or otherwise respond to Plaintiff's First Amended Complaint;

    WHEREAS, pursuant to the stipulation and February 3, 2014 order, Defendants'

1  responsive pleading(s) were due on February 6, 2014;

2  WHEREAS on February 6, 2014, the Parties further agreed to extend the time for
3  ACERA and BROWN to answer or otherwise respond to Plaintiff's First Amended Complaint to
4  February 13, 2014;

5  WHEREAS the Parties agree to schedule a time to meet and confer for purposes of
6  completing a timely case management statement, which is currently due on February 21, 2014;

7  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

8  That Defendants ACERA and BROWN shall have until February 13, 2014 to answer or
9  otherwise respond to Plaintiff's First Amended Complaint.

11  DATED: February 10, 2014           PRICE AND ASSOCIATES

13                                      */s/ Pamela Y. Price*
                                        PAMELA Y. PRICE
14                                      Attorney for Plaintiff
                                        CATHERINE E. WALKER

16  DATED: February 10, 2014           LAFAYETTE & KUMAGAI LLP

18                                      */s/ April P. Santos*
                                        APRIL P. SANTOS
19                                      Attorney for Defendants
                                        VINCENT P. BROWN and
20                                      ALAMEDA COUNTY EMPLOYEES'
                                        RETIREMENT ASSOCIATION

23  **SIGNATURE ATTESTATION**

24  I hereby attest that I have obtained the concurrence of Pamela Y. Price, counsel for
25  Plaintiff, for the filing of this stipulation.

27                                      */s/April P. Santos*
                                        APRIL P. SANTOS

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on February 11, 2014, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

_/s/ April P. Santos_
APRIL P. SANTOS

Dated: 2/12/14



STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS
Case No. 3:13-CV-04261-JCS

3