PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JOHN W. H. STOLLER, ESQ (STATE BAR NO. 287658)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone:  (510) 452-0292
Facsimile:   (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jstoller@pypesq.com

Attorneys for Plaintiff
CATHERINE E. WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. WALKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VINCENT P. BROWN, in his individual capacity and ALAMEDA COUNTY EMPLOYEE RETIREMENT ASSOCIATION,<br><br>　　　　Defendants. | Case No. 3:13-CV-04261-WHO<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　　　The parties to the above-entitled action hereby stipulate to continue the Case Management Conference from Tuesday, March 18, 2014 to April 8, 2014.

　　　　Good cause exists for this Stipulation and proposed Order due to the court in another, unrelated action, rescheduled the trial date in another matter being handled by Plaintiff's counsel to continue through March 18, 2014.  Due to the reschedule, plaintiff's counsel is unavailable.

///

///

**IT IS SO STIPULATED.**

Date: March 14, 2014                    PRICE AND ASSOCIATES

/s/ *John W. H. Stoller*
JOHN W. H. STOLLER, Attorneys for Plaintiff
CATHERINE WALKER

LAFAYETTE & KUMAGAI, LLP

/s/ *April P. Santos*
APRIL P. SANTOS, Attorneys for Defendants
VINCENT BROWN and ACERA

## **ORDER**

Pursuant to the request of counsel and good cause appearing, **IT IS SO ORDERED**.

The Case Management Conference is continued to April 8, 2014 at 2:00 p.m.

Dated:   March 18, 2014

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT