1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
2  JOHN W. H. STOLLER, ESQ. (STATE BAR NO. 287658)
   PRICE AND ASSOCIATES
3  A Professional Law Corporation
   901 Clay Street
4  Oakland, CA  94607
   Telephone:  (510) 452-0292
5  Facsimile:   (510) 452-5625
   E-mail: pamela.price@pypesq.com
6  E-mail: jstoller@pypesq.com

7  Attorneys for Plaintiff
   CATHERINE E. WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. WALKER ) | No. C13-04261-WHO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | **TO CONTINUE CASE MANAGEMENT** |
| ) | **CONFERENCE** |
| VINCENT P. BROWN, in his individual ) | |
| capacity and ALAMEDA COUNTY ) | |
| EMPLOYEE RETIREMENT ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

The parties to the above-entitled action hereby stipulate to continue the Case Management Conference from Tuesday, April 8, 2014 to April 29, 2014. The parties further stipulate to continue the deadline for initial disclosures to April 25, 2014.

Good cause exists for this Stipulation due to an upcoming trial in Alameda County Court in another, unrelated action being handled by Plaintiff's counsel. A continuance is requested to allow both counsel sufficient time to prepare for the Case Management Conference.

///

///

**IT IS SO STIPULATED.**

Date: March 31, 2014                                   PRICE AND ASSOCIATES

  /s/ *John W. H. Stoller*
JOHN W. H. STOLLER, Attorneys for Plaintiff
CATHERINE WALKER


LAFAYETTE & KUMAGAI, LLP

/s/ *April P. Santos*
APRIL P. SANTOS, Attorneys for Defendants
VINCENT BROWN and ACERA

### **ORDER**

Pursuant to the request of counsel and good cause appearing, **IT IS SO ORDERED**. The Case Management Conference is continued to April 29, 2014 at 2:00 p.m.

Dated:  April 4, 2014

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT

-2-
STIPULATION AND ORDER (C13-04261-WHO)