UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. WALKER,<br>          Plaintiff,<br>   v.<br>VINCENT P. BROWN, et al.,<br>          Defendants. | Case No. 13-cv-04261-WHO<br><br>**ORDER ON DISCOVERY ISSUES** |

If any discovery issues remain in this action, I ORDER counsel to appear in Courtroom 2, 450 Golden Gate Avenue, San Francisco, California, at 2:00 p.m. on Tuesday, July 1, 2014. At that time, counsel will sit together and agree on a schedule for the outstanding discovery, as well as any further discovery necessary for the mediation to proceed. That agreement will be incorporated into an Order issued by the Court after the Case Management Conference. Counsel shall bring and have access to their calendars, and counsel for plaintiff Catherine Walker shall know the availability of Ms. Walker for her deposition. I will not adjust the case schedule previously set on April 29, 2014, and will set any discovery dates the parties cannot agree upon. The Case Management Conference is scheduled to begin at 3:00 p.m., but I may be available earlier if the discovery issues have been resolved sooner. Personal appearance is required.

**IT IS SO ORDERED.**

Dated: June 30, 2014

WILLIAM H. ORRICK
United States District Judge