UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENT P. BROWN, et al.,<br><br>    Defendants. | Case No. 13-cv-04261-WHO<br><br>**ORDER ON DISCOVERY SCHEDULING AND REFERENCE TO A MAGISTRATE JUDGE FOR SETTTLEMENT**<br><br>Re: Dkt. No. 37 |

Pursuant to the Court's Order on Discovery Issues, the parties met prior to the Case Management Conference on July 1, 2014. They agreed on the dates stated below, and the Court ORDERS that the parties comply as directed:

1. Dates are reserved for Ms. Walker's continued deposition on August 7 and September 4, 8 and 16, 2014. The deposition shall be taken under the ground rules set forth by Ms. Walker's physician and shall proceed on the dates identified absent Mr. Lafayette's possible trial conflict on August 7th. It is likely that the deposition will need to take more than seven hours but less than fourteen hours given the nature of the case, the importance of Ms. Walker's testimony, and the medical limitations placed on the deposition. The parties are encouraged to agree to reasonable limits in light of those factors. In the event they are unable to agree on the appropriate length of the deposition after three more sessions of two hours each, they should send a joint letter to me explaining their disagreement and what issues remain to be covered. The deposition should be completed well in advance of the settlement conference, discussed below.

2. Plaintiff's responses to the Special Interrogatories shall be served no later than July 11,

1 2014.

2 3. The parties disagree whether two items in the Request for Production of Documents must be produced. They may send me a joint five page letter explaining their positions. In this regard, while I recognize the basis of defendant's waiver argument, if this matter is presented to me I will be particularly interested in the relevance of the tax returns and fee agreement to this case and whether, with respect to the tax returns, there are alternative ways to obtain the same information.

In addition, I am referring this matter to a Magistrate Judge for settlement purposes. The settlement conference should be held prior to October 31, 2014. Within the next two weeks, the parties should identify and schedule any additional discovery necessary for a productive settlement conference so that it will be completed in a timely fashion. The delays experienced to this point in this case should not be repeated.

**IT IS SO ORDERED**.

Dated: July 2, 2014



WILLIAM H. ORRICK
United States District Judge